FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2008 MAY -7 AM 11: 23
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: CR207-33

KALVIN LASHAWN MANGRAM
DENNIS MITCHELL

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Defendant Dennis Mitchell ("Mitchell") has been charged with possession of a firearm by a convicted felon and being an armed career criminal, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). Mitchell was previously indicted for being in possession of a firearm with an obliterated serial number, in violation of 18 U.S.C. §§ 922(k) and 924(a)(1), and possession of a firearm by a convicted felon and being an armed career criminal, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e), in Case Number CR205-32. That indictment was dismissed, without prejudice, by the Honorable William T. Moore, Jr., by Order dated May 23, 2007, based on the Speedy Trial Act, "due solely to oversights by personnel in the district court clerk's office and without any fault of the parties." (CR205-32, Doc. No. 121). Judge Moore denied Mitchell's Motion for Reconsideration based on the factors set forth in 18 U.S.C. § 3162(a)(2) and Barker v. Wingo, 407 U.S. 514, 92 S. Ct. 2182, 33 L. Ed. 2d 101 (1972), and found Mitchell did not show good cause why the Court should reconsider its earlier decision in that case.

AO 72A
(Rev. 8/82)

Mitchell was reindicted in this case for possession of a firearm by a convicted felon and for being an armed career criminal, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). Mitchell's attorney has filed a motion entitled "Plea in Bar", in which he argues the dismissal of the prior indictment should have been with prejudice. The Government asserts Judge Moore has already decided this issue. The Government also asserts the law of the case doctrine demands that the dismissal without prejudice stand and that this new indictment be allowed to proceed.

Based on Judge Moore's Orders in CR205-32 and finding no reason that this indictment should be dismissed with prejudice, Mitchell's Motion for Plea in Bar should be **DENIED**.

**SO REPORTED** and **RECOMMENDED**, this 7th day of May, 2008.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE