

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO.: CR207-33 |
| | : | |
| KALVIN LASHAWN MANGRAM<br>DENNIS MITCHELL | : | |

## ORDER

Presently before the Court are Defendant Dennis Mitchell's ("Mitchell") Objections to the Magistrate Judge's Report wherein he recommended Mitchell's Motion for Plea in Bar be denied. In reaching his recommendation, Magistrate Judge James E. Graham determined the Orders entered by the Honorable William T. Moore, Jr., in Case Number CR205-32 controlled the issues raised by Mitchell in this Motion and found no reason why the indictment against Mitchell should be dismissed with prejudice.

After an independent review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Mitchell's Motion for Plea in Bar offers nothing more than reassertions of the same contentions Mitchell presented to Chief Judge Moore in CR205-32. Mitchell's Motion for Plea in Bar is **DENIED**.

**SO ORDERED**, this 16 day of June, 2008.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)